UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KAYODE OSENI,

                    Petitioner,                    **ORDER**

      -against-                    16 Civ. 8743 (NSR) (AEK)

WILLIAM S. MAHONEY, SENIOR PAROLE
OFFICER, NYS DOCCS COMMUNITY
SUPERVISION,

                    Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Several documents that have been filed in this case include sensitive personally identifying information that needs to be placed under seal. Therefore, the Court respectfully directs the Clerk of Court to place the following documents under seal, accessible only to the Court and the parties to the case: ECF Nos. 1-1, 1-2, 1-3.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated:  November 1, 2022
          White Plains, New York

                                                    **SO ORDERED.**

                                                    _____
                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge