It UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KAYODE OSENI,

                              Petitioner,                    **ORDER**

            -against-                              16 Civ. 8743 (NSR) (AEK)

WILLIAM S. MAHONEY, SENIOR PAROLE
OFFICER, NYS DOCCS COMMUNITY
SUPERVISION,

                              Respondent.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        It has come to the Court's attention that an additional document that has been filed in this

case includes sensitive personally identifying information that needs to be placed under seal.

Therefore, the Court respectfully directs the Clerk of Court to place ECF No. 10-19 under seal as

well, accessible only to the Court and the parties to the case.

        The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se*

Petitioner.

Dated:  November 1, 2022
        White Plains, New York

                                        **SO ORDERED.**


                                        _____
                                        ANDREW E. KRAUSE
                                        United States Magistrate Judge