**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------------X
KAYODE OSENI,

                            Petitioner,

        -against-                                                    16 **CIVIL** 8743 (NSR)

                                                                    **JUDGMENT**

WILLIAM S. MAHONEY, SENIOR PAROLE
OFFICER, N.Y.S. D.O.C.C.S.

                            Respondent(s).
----------------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated July 18, 2024, the petition for a writ of habeas

corpus is denied. As Petitioner has not made a substantial showing of the denial of a

constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253(c)(2); Love

v. McCray, 413 F.3d 192, 195 (2d Cir. 2005); Lozada v. United States, 107 F.3d 1011, 1017 (2d

Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F.3d 225, 25960 (2d Cir.

1997). The Court certifies pursuant to 18 U.S.C. § 1915(a)(3) that any appeal from this order

would not be taken in good faith, and therefore in forma pauperis status is denied for the

purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

Accordingly, the case is closed.

**Dated:**  New York, New York

July 18, 2024

**DANIEL ORTIZ**
**Acting Clerk of Court**

**BY:** _____

**Deputy Clerk**